UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Modou Tapue
Bt cb\   Jul 18 ovvd8

Write the full name of each plaintiff.

18 CV 413

No. _____
(To be filled out by Clerk's Office)

-against-

NYPD - Commissioner James
O'Neill
Police Captain - John Doe #1

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

[X] Violation of my federal constitutional rights

[ ] Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Modou _____ Tagne
First Name     Middle Initial     Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

241-18-00008
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

G.R.V.C.
Current Place of Detention

09-09 Hazen Street
Institutional Address

East Elmhurst, NY 11370
County, City             State           Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

[X] Pretrial detainee
[ ] Civilly committed detainee
[ ] Immigration detainee
[ ] Convicted and sentenced prisoner
[ ] Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Police Captain John Doe #1
First Name           Last Name            Shield #

police     Captain
Current Job Title (or other identifying information)

32nd precinct 250 West 35th Street
Current Work Address

New York, NY 10030
County, City          State          Zip Code

Defendant 2:
First Name           Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 3:
First Name           Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 4:
First Name           Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _135th Street b/w 7th and 8th avenue_

Date(s) of occurrence: _September 6, 2017_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On or about 9/6/17 the defendant was arrested upon a misdemeanor charge. The Police Captain that arrested the Petitioner arrested him without probable cause. When he arrested him he blew cigarette smoke in the Petitioner's face. The Petitioner's case was dismissed on or about December 2017. As a result of Petitioner's arrest, he lost his employment at Krasdale.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

There were no physical injuries but Petitioner lost his freedom and lost his job as a result of the unlawful arrest.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Petitioner requests damages in the amount of punitive, compensatory and any damages the Court deems just and proper.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_January 6, 2018_
**Dated**

_ML T_
**Plaintiff's Signature**

_Modou_
**First Name**

_Middle Initial_

_Tague_
**Last Name**

_85-05_ _Astem_ _Treeb_
**Prison Address**

_E._ _Elmhurst,_ _NY_ _11370_
**County, City**        **State**        **Zip Code**

Date on which I am delivering this complaint to prison authorities for mailing: _1/6/18_

Page 6

1370

USM P3
SDNY

55

U.S.D.C. - Southern District of NY
500 Pearl Street
New York NY 10007
Attn: Pro-Se Clerk

legal mail